NUMBER 13-02-576-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

CITY OF CORPUS CHRISTI,                                                   Appellant,

 

                                                   v.

 

CAROLINA M. WHITE,                                                            Appellee.

____________________________________________________________________

 

                   On appeal from the County Court at Law No. 4 

                                  of Nueces County, Texas.

____________________________________________________________________

 

                          MEMORANDUM OPINION

 

                   Before Justices
Rodriguez, Castillo, and Kennedy[1]

Opinion
Per Curiam

 








Appellant, CITY
OF CORPUS CHRISTI, perfected an appeal from a judgment entered by the County Court at Law No. 4 of Nueces County, Texas,
in cause number 99-60262-4. 
After the record was filed, the parties filed a joint motion to dismiss
the appeal.  In the motion, the parties
state that this case was successfully mediated, and the parties reached an
agreement settling all of the issues in dispute.  The parties request that this Court dismiss
the appeal.

The Court, having
considered the documents on file and the joint motion to dismiss the appeal, is
of the opinion that the motion should be granted.  The joint motion to dismiss is granted, and
the appeal is hereby DISMISSED.

PER CURIAM

 

Opinion delivered and filed this

the 16th day
of January, 2003.

 











[1]Retired
Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme
Court of Texas pursuant to Tex. Gov=t Code
Ann. ' 74.003 (Vernon 1998).